IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VICTORIA BERNEY,

    Plaintiff,

vs.                                                      1:06-CV-022-SPM

UNUM LIFE INSURANCE COMPANY OF
AMERICA; and HCA—THE HEALTHCARE
COMPANY,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the "Notice of Dismissal With Prejudice" (doc. 21) filed February 8, 2007 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     This action is dismissed with prejudice.

2.     All pending motions are denied as moot.

**DONE AND ORDERED** this <u>twelfth</u> day of February, 2007.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge